Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: tanya@moorelawfirm.com

Attorney for Plaintiff,
Anthony Maranon

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MARANON,<br><br>  Plaintiff,<br><br>  vs.<br><br>SANTA CLARA STADIUM AUTHORITY; CITY OF SANTA CLARA; FORTY NINERS STADIUM MANAGEMENT COMPANY LLC;<br><br>  Defendants. | No. 5:15-cv-04709-BLF<br><br>**STIPULATION TO EXTEND TIME FOR PARTIES TO CONDUCT THE JOINT SITE INSPECTION REQUIRED BY GENERAL ORDER 56 AND THE SCHEDULING ORDER; [~~PROPOSED~~] ORDER**<br><br>Complaint filed: October 12, 2015<br>Trial Date:       None set |

Plaintiff, Anthony Maranon ("Maranon"), and Defendants, Santa Clara Stadium Authority, City of Santa Clara, and Forty Niners Stadium Management Company LLC (collectively "Defendants," and together with Maranon, "the Parties"), by and through their respective attorneys, hereby stipulate and agree as follows:

1. All parties named in the action have been served and have appeared.

2. This action arises in part out of Maranon's claim that Defendants discriminated against him by denying him full and equal access to the Levi's Stadium in Santa Clara, California ("the Stadium") on account of his disability, specifically that he must use a wheelchair for mobility, in violation of the Americans with Disabilities Act ("ADA").

Accordingly, this matter proceeds under this Court's General Order 56 which governs ADA access actions.

3.  The Court issued a "Scheduling Order for Cases Asserting Denial of Right of Access Under Americans with Disabilities Act Title II and III" on October 13, 2015 (Dkt. 4). The Scheduling Order set the last date for a Joint Site Inspection of the Stadium as January 26, 2016. This Joint Site Inspection is required under General Order 56.

4.  The Parties have agreed that in order to address Maranon's claims for injunctive relief, two joint site inspections will take place: one when the Stadium is in full operation so that the policies and practices of the Stadium while in use can be evaluated; and the other when the Stadium is not operational in order to as efficiently as possible inspect the architectural conditions at the Stadium.

5.  Due to the availability of counsel, their consultants, the Parties, and the schedule of the Stadium itself (for which limited events are available for purposes of the operational inspection), the Parties have agreed to conduct the non-operational inspection on Friday, April 8, 2016, and the operational inspection on Saturday, April 9, 2016.

6.  The Parties acknowledge that the proposed dates for the two site inspections fall outside the January 26, 2016 date set by the Scheduling Order to complete the Joint Site Inspection. The Parties have been working together cooperatively to reach an agreeable schedule for what is a large undertaking, and for which there are multiple schedules to consider and accommodate. The Parties believe that the two site inspections will yield the greatest possibility that, at a minimum, Maranon's claims under the ADA can be resolved through settlement.

7.  The Parties therefore believe that good cause exists to extend the last date to complete the Joint Site Inspection from January 26, 2016 to April 9, 2016 as they continue to work together to identify, and try to resolve, Maranon's claims for injunctive relief, and the Parties therefore stipulate to such an extension pending the Court's approval.

///

///

**IT IS SO STIPULATED.**

Dated:  January 21, 2016						MOORE LAW FIRM, P.C.


								/s/ Tanya E. Moore
								TANYA E. MOORE
								Attorney for Plaintiff
								ANTHONY MARANON

								LOMBARDI, LOPER & CONANT, LLP



								/s/ Kara A. Abelson
								KARA A. ABELSON
								MATTHEW S. CONANT
								Attorneys for Defendants
								SANTA CLARA STADIUM AUTHORITY,
								CITY OF SANTA CLARA, and FORTY
								NINERS STADIUM MANAGEMENT
								COMPANY LLC

I attest that the original signature of the person whose electronic signature is shown above is maintained by me, and that her concurrence in the filing of this document and attribution of her signature was obtained.

								/s/ Tanya E. Moore
								Tanya E. Moore, Attorney for
								Plaintiff, ANTHONY MARANON

///
///
///
///
///
///
///

# ORDER

The Parties having so stipulated, and good cause appearing,

**IT IS HEREBY ORDERED** that the last date for the Parties to conduct the Joint Site Inspection required both under the Scheduling Order and General Order 56 is continued to April 9, 2016. All other dates and deadlines triggered by the date of the Joint Site Inspection are continued accordingly.

**IT IS SO ORDERED**.

Dated: January 25, 2016

BETH LABSON FREEMAN
United States District Judge