# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY MARANON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SANTA CLARA STADIUM AUTHORITY, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-04709-BLF<br><br>**ORDER REQUESTING STATUS REPORT RE ADR PROCESS ON OR BEFORE OCTOBER 8, 2018** |

On May 25, 2018, the parties stipulated to hold a private ADR process by August 23, 2018. *See* ECF 97. Accordingly, the Court ORDERS the parties to file a joint status report regarding ADR on or before **October 8, 2018**.

**IT IS SO ORDERED.**

Dated: October 1, 2018

_____
BETH LABSON FREEMAN
United States District Judge